Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

MARTHA BENNETT, by Guardian ad Litem, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COM PANY, Appellant.

(Argued March 25, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 23, 1891, which affirmed an order of the trial

court denying a motion for a new trial, and ordered judgment for plaintiff on a verdict.

*J. W. Dunwell* for appellant.

*John Gillette* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.